# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

157714

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

JUAN JOE CANTU,
           Defendant-Appellant.

SC: 157714
COA: 335696
Kent CC: 95-003319-FC

_____/

On order of the Court, the application for leave to appeal the March 13, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Turner* (Docket No. 158068) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



t0520

Clerk